EXHIBIT B

## STATEMENT OF OTHER FACTS

### COMPLAINT OF CUSTMOR RELATION WITH BANK

Embarrassment plaintiff having open another
account plaintiff had one checking account
with Compass Bank then the plaintiff open a
new Checking account with Compass Bank the
plaintiff is also suing the defendant for
trying to ruin the plaintiff integrity and
the relationship with the Compass Bank while
the plaintiff  had a checking account with
Compass Bank the defendant Compass Bank says
that the plaintiff is bad business for the
Compass Bank their for all the plaintiff
accounts would be closing the plaintiff
account there are several disputes the
plaintiff had requested that the bank make

refunds on the amount taken from the
plaintiff checking account to pay money that
the bank paid for items that came into the
bank and the funds were not in the plaintiff
checking/debit account on January 10,2006
the plaintiff is accused again that the
plaintiff and the Compass Bank relationship
has collided because of a check written at
the Compass Bank for $392.00 before that
check was written the plaintiff had written
a check for $368.52 that the customer
service line/department says that the check
for $368.52 had clear the checking account
the banking service line indicated that the
plaintiff balance was 0 threw the bank
customer service speaking to a
representative the Compass Bank
representative says that the $368.52 check

clear my checking account and there is a

$8.00 balance remaining in the account

information of the account being on a frozen

status never came into the consecration on

January 2, 2006 the Compass bank credited my

checking account two NSF fees $36.00 x2

=$72.00 and January 9,2006 the bank credited

my account $180.00 NSF $36.00 x 5= $180.00

then a credit for $29.95 one credit for

$4.97 all totaling $286.92 the plaintiff has

more credit on the account that the Compass

Bank has not credit to the plaintiff

checking account   January 10,2006 the

plaintiff was awaiting several disputes to

come in on the plaintiff Checking account

January 9, 2006 the disputes of funds were

settled threw the Compass Bank a dispute for

$ 4.97 one dispute for $29.95 and another

dispute that was supposedly going to be
reversed because the Compass bank already
paid the amount earlier $38.94 if the amount
was include in the account disputes the
total would not be $286.92 the total would
be $325.77 before the the amount $38.94 had
clear my checking account their was enough
money to pay all the checks coming into my
checking account because the plaintiff has
put in the dispute thur Compass Bank this
would have made the Compass Bank owes back
to the plaintiff fund that Compass Bank had
taken form the plaintiff checking account
because of the $38.94 that was not
authorized by the plaintiff to take the
amount of $38.94 from the plaintiff checking
account  the checking account began to fall
below the balance for a number of checks

that the plaintiff had left money in the
checking account form the plaintiff direct
deposit for the number of checks to be paid
the checks could not be paid because of the
unauthorized transaction of $38.94 therefore
the checking began to have NSF taken out of
the checking account and Service fees my
direct deposit comes thur to the bank
deposited into my checking account up until
January 2006 leaving money in my checking
account to pay for all the checks that were
written but when the $38.94 was posted for
payment to be paid from the checking account
the checks did not pay form the checking
account because the funds were not in the
checking account when the written checks
came into the checking account to be paid a
$11.57 check one $6.06 check one $29.58

check because the $38.94 debit came in the
checking account to be paid the $38.94 took
funds for other checks that came in to be
paid form what was left in my checking
account the checking account began  began to
incur fees before the account was close the
plaintiff contact the Birmingham branch bank
Supervisor Mr. Woods who is not a defendant
the plaintiff told Mr. Woods  that Compass
Bank was closing the plaintiff checking
account Mr. Wood say that Compass bank did
not  want to have anything else to do with a
customer like me because of the way that my
business is handle with the Compass Bank
Compass Banks Teller Supervisor Jerry
Churthers call me at home saying that
Compass Bank had made a mistake after
cashing a check at Compass Bank for $392.00

which the plaintiff dose not believe that

their was any mistake made on the plaintiff

behalf the Compass Bank Teller Supervisor

had not done enough research before making

the mistake of calling the plaintiff about

the check written for $392.00 putting the

blame on the plaintiff saying the plaintiff

is at fault for the $392.00 check the

plaintiff dose not believe that the

plaintiff is at fault for any amount the

plaintiff believes  that the Compass Bank

statement of the plaintiff did not account

for the money being used correctly in the

plaintiff account it would seem to the

plaintiff that Compass Bank statement was

not fair and the statement is unwarranted

from Compass Bank the checks from my

checking account could have been paid and

the total amount of the NSF refunded and
deputes refunded back to my checking account
the Compass Bank would not be having a
civil complaint placed against them the
plaintiff is pleading with the court for the
amount of $3,000.000.00 and a jury trail
that the plead against the defendant is
ready an available to be heard and found for
the plaintiff complaint