EXHIBIT C

ANGELA DENISE NAILS
342 S. SAINT ANDREWS ST. APARTMENT # 808
Dothan, Alabma 36301
(334) 702-9645

This is the officers name Officer Ashley Case number #05-11693 the report was made on Dec 15,05 the transaction that you took money from my checking account was Dec 9,05 would EDP, Reporting LLC write back to me when the check for $159.95 is mailed out on what date were you authorizes to take funds from account number 254 65679 from Compass Bank their has been no card mail to me as well on Dec 9,05 EDP, Reporting LLC was contacted about canceling the account there was not a electric signature on the paper check that you issued to the bank with your own check number it is not hard for you to have requested my next check number of my check on this checking account a police report has been made about this account being misused after this information has been given to you the reception has said that she would cancel the Load Card and

mail me a refund enclose is the letter that was emailed to me mail my refund check to my new address 342 S. Saint Andrews St. Apartment 808 Dothan, Alabama 36201 my home telephone number is 334 702-9645.

Sincerely,

Denise Nails

COMPASS BANK 1-877-266-7277
CUSTMOR SERVICES
 BRIMMINGHAM, ALABAMA


TO WHOM IT MAY CONCERN


December 9, 2005 a check fraud came threw on my account number 25465679 from a company name EPD the check was paid on a check number that the company made on their own check number 73912 since then a complaint of fraud was made to Compass Bank and a police report was made to the Dothan Police about the company debiting money from the account after calling the company that submitted the check transaction a check was refunded for $159.95.


Sincerely,

Denise Nails

DISPUTE THESE DEBTS ON DEC 21, 2005 CUSTMOR SERVICE 1-800-266-7277

1. THEIR WERE 5 DEBTS CREDIT TO MY ACCOUNT ON Dec 5th 2005 toaling 117.60 and only 3 NSF funds were return to the account the amount of the refunds were 2X12.95 49.95 1.95 39.80 the NSF of 36.00 X 3 is $108.00 the NSF should have been applied to the account $180.00 the remaining NSF fees are 2X36 making a total of $72.00 $72.00 was refunded on Nov 18, 2005 and $72.00 Dec 1, 2005 this dose not included the Dec 2, 2005 dispute

2. A $1.00 credit was added to my account On Dec 5,2005 on Nov 18,2005 was their a NSF charge

3. Nov 25, 2005 overdraf charges $12
   Nov 28, 2005 overdraf charges $18
   Nov 28, 2005 $3.00 service charge
   Nov 29,  2005 $6.00 overdraft charge
   Nov 30, 2005 $6.00 overdraft charge
   Oct  27,2005 $ 2.00 Service Charge
   Fee after 2 days

3. New dispute Dec 21, 2005 Oct 20, 2005 $81.72 (What Merchant) Hertz Rental Car

   Total of Disputes is $119.00