IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06CV253-MEF |
| | ) |
| COMPASS BANK DOTHAN | ) |
| | ) |
| Defendants. | ) |

## ORDER

On 17 March 2006, the plaintiff, ANGELA DENISE NAILS ["Nails"] filed a civil lawsuit against Compass Bank Dothan, alleging certain violations of the Uniform Commercial Code. The complaint does not state a federal cause of action, but the court cannot discern from the complaint or the record whether its diversity jurisdiction has been implicitly invoked or whether its invocation is appropriate. Accordingly, Nails should file a more definite statement.

Therefore, it is ORDERED that on or before 10 April 2006, Nails should file an Amended Complaint that sets forth the following:

1. A restatement of her claims against Compass Bank Dothan. Nails is advised to number her claims. Nails is DIRECTED to isolate each allegedly wrongful act committed by the defendant in a separate paragraph and identify the employee of Compass Bank, if known, involved in each act of wrongdoing by name and position.

2. Whether Compass Bank Dothan is an Alabama corporation, i.e., whether Compass Bank was incorporated in the state of Alabama;

3. The address of Compass Bank Dothan;

4. The months and years in which each act of wrongdoing occurred; and

5. The damages that Nails incurred as a result of each act of wrongdoing.

DONE this 24th day of March, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE