IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 APR 17 A 10: 19

ANGELA DENISE NAILS,

        Plaintiff        CASE NO: 1:06-cv-253-MEF

COMPASS BANK DOTHAN

        Defendants,

MERIT(S) OF OBJECTION

The courts on April 12, 2006 made a recommendation, as part of the recommendation the Court document states 28 U.S.C. 1915(e)(2)(B)(i) and (ii) because the courts lacks jurisdiction. And the court states Nails invokes the court's diversity Jurisdiction. This is not true. The Plaintiff is requesting that the court's Jurisdiction amount in this case of $75,000.00 stand, under the PERSONAL JURISDICTION Art. IV 1(c). Civil Procedure II Determining Citizenship (b) 28 U.S.C. 1332 one must be both a citizen of the United States and domiciliary of that State. Mas v. Perry, 489 F.2d 1396 (5th cir. 1974). Both the Plaintiff and the Defendant are citizen of the United States and live in that State. Personal Jurisdiction. Plaintiff is allegeding in

*accordance with the Federal Law the Compass Bank the defendant did violate Federal Rule of Civil Procedure 91 Title 33: 918 Collection Default Payment, Federal Rule 20CFR 404.506 under 42 U.S.C 404(b) Waiver of Recovery*

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE