IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

          Plaintiff,        Case No.1:06cv253-MEF

COMPASS BANK DOTHAN,

          Defendant,

FEDERAL RULES INTERPERTATED
ENDRIFFENT

    The complaint dose not know if the court has understood the Federal Rule the Plaintiff has use in the plaintiff complaint. The plaintiff is not understanding any such Federal Rule as in the Order. The plaintiff has no Amended complaint to forward to the Courts. The plaintiff is aware of the Federal Rule the plaintiff has sited. The courts understanding is endriffent than the plaintiff the reading of the Federal Rule the plaintiff set fourth in the complaint.

*Angela Denise Nails*
_____
ANGELA DENISE NAILS

PRO SE